# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10CV610-RLV-DSC

| | |
|---|---|
| SRI GOUTAM TEX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LINTER INDUSTRIES CORP., et. al., | ) ) |
| Defendants. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Michelle Baker and Jeffrey Mann]" (documents ##8-9) filed December 28, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: December 28, 2010

David S. Cayer
United States Magistrate Judge