IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV610-RLV-DSC

| | |
|---|---|
| SRI GOUTAM TEX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LINTER INDUSTRIES CORP., et. al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay Case Pending Settlement Discussions" (document #14) filed January 31, 2011. For the reasons stated therein, the Motion is **GRANTED**. This matter is **STAYED** through March 31, 2011, and all applicable deadlines are extended on a day-for-day basis. It is further **ORDERED** that the deadlines for Plaintiff to respond to Counterclaims of Defendant Linter Industries Corp. and for Third-Party Defendant R. Easwara Murthy to respond to the Third-Party Complaint are extended to April 14, 2011.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: February 1, 2011

David S. Cayer
United States Magistrate Judge